# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 17, 2019

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 12/17/2019

By ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Leslie Duckett</u>
            19 CR. 511 (VSB)

Dear Judge Broderick:

    Due to a scheduling conflict, I write to request an adjournment of Mr. Duckett's December 18, 2019, status conference to December 19, 2019 at 11:00 a.m. The government has indicated that it will be available at this time.

                              Respectfully submitted,

                              /s/
                              Zawadi Baharanyi
                              Assistant Federal Defender
                              212-417-8735

cc:    Jacob Fiddelman
        Assistant United States Attorney
        (by ECF)